AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EE Holding Group LLC<br>*Plaintiff(s)*<br>v.<br>TheDallasSupply, 1421 Capital LLC, and Bretton Fischer<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:24-cv-10008-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TheDallasSupply
> c/o Bretton Fischer
> 1421 White Street
> Key West, Florida 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jason H. Cooper
> The Sladkus Law Group
> 1397 Carroll Dr.
> Atlanta, Georgia 30318
> Email: jason@sladlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 31, 2024

s/ N. Cubic
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EE Holding Group LLC<br>*Plaintiff(s)*<br>v.<br>TheDallasSupply, 1421 Capital LLC, and Bretton Fischer<br>*Defendant(s)* | Civil Action No. 4:24-cv-10008-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    1421 Capital LLC
    1421 White Street
    Key West, Florida 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jason H. Cooper
    The Sladkus Law Group
    1397 Carroll Dr.
    Atlanta, Georgia 30318
    Email: jason@sladlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 31, 2024

s/ N. Cubic
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EE Holding Group LLC<br>*Plaintiff(s)*<br>v.<br>TheDallasSupply, 1421 Capital LLC, and Bretton Fischer<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:24-cv-10008-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
> Bretton Fischer
> 1421 White Street
> Key West, Florida 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Jason H. Cooper
> The Sladkus Law Group
> 1397 Carroll Dr.
> Atlanta, Georgia 30318
> Email: jason@sladlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 31, 2024

s/ N. Cubic
Deputy Clerk
U.S. District Courts

SUMMONS